**Order entered February 26, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00652-CV

## IN THE INTEREST OF D.P.G., A CHILD

### On Appeal from the 196th Judicial District Court
### Hunt County, Texas
### Trial Court Cause No. 87836

**ORDER**

Before Justices Schenck, Molberg and Nowell

Upon reconsideration, the panel requests that Father file a response to Appellee's Motion for Rehearing, if any, **on or before ten (10) days** of the date of this Order.

/s/    DAVID J. SCHENCK
       PRESIDING JUSTICE